

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 27, 2024

**BY ECF**
The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    *United States v. Mout'z Soudani*, 24 Cr. 555 (CS)

Dear Judge Seibel:

    The Government respectfully requests that the Court sign and docket the attached proposed protective order to govern discovery in this case, to which the parties have agreed.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:   *[signature]*

    Catherine Ghosh
    Jane Kim
    Jared Hoffman
    Assistant United States Attorneys
    Southern District of New York
    Tel. 212-637-1114 / 2023
        914-993-1928

cc: Michael K. Burke, Esq. (by ECF)

Encl.