UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

UNITED STATES OF AMERICA

                                                                          7:24-CR-00555 (CS)

          -against-

Mout'z Soudani,

                        Defendant.

---------------------------------------------------------------X

<u>Seibel, J.</u>

      Defendant Mout'z Soudani has been released previously based on the Conditions set in the original Appearance Bond. The Court hereby makes the following modification to the Defendant's Bond: Defendant must secure the bond with $1,000,000 in cash no later than November 6, 2024. The Court imposes home detention with location monitoring via GPS from November 1, 2024 until November 6, 2024. Once the bond is secured with the money, then the home detention condition will be removed; however, location monitoring via GPS will continue to be a condition.

      **SO ORDERED.**

Dated: White Plains, NY

      November 6, 2024

                                                         _____

                                                          Cathy Seibel, U.S.D.J.