

**HODGES WALSH & BURKE, LLP**
ATTORNEYS AT LAW
55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601

———

(914) 385-6000
FAX (914) 385-6060
www.hwb-lawfirm.com

Michael K. Burke, Esq.
Direct Email: mburke@hwb-lawfirm.com

November 8, 2024

**Application granted.  Mr. Soudani may travel to Ulster County.**

Honorable Cathy Seibel
United States Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

SO ORDERED.

*Cathy Seibel*   11/8/24

CATHY SEIBEL, U.S.D.J.

Re:   *United States v. Mout'z Soudani*        VIA ECF
      24 CR 555 (CS)(JCM)

Dear Judge Seibel:

    I am writing to respectfully a modification of Mr. Soudani's travel restrictions to expand to include the Northern District of New York. Mr. Soudani lives in Orange County New York, approximately 15 to 20 minutes from the Ulster County border which is in the Northern District of New York and Mr. Soudani travels from his house to help a friend who owns a building in Ulster County.

    I have spoken with his pre-trial services officer Shannon Finneran and Assistant United States Attorney Jared Hoffman and they have no objection to this request.

    Thank you for your consideration.

                                  Respectfully,

                                  *Michael K. Burke*
                                  MICHAEL K. BURKE