

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 15, 2024

**<u>BY ECF AND EMAIL</u>**
The Honorable Cathy Seibel
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

  Re:  <u>United States v. Mout'z Soudani</u>, 24 Cr. 555 (CS)

Dear Judge Seibel:

  The Government respectfully requests, with the consent of defense counsel, that the status conference in this case be adjourned from November 18, 2024 at 11:15 a.m. to November 20, 2024 at 10:00 a.m.

  Time in this case is already excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), through November 18, 2024. (*See* Minute Entry dated Sept. 24, 2024). If the Court grants the Government's request for an adjournment, the Government also respectfully requests that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between November 18, 2024, and November 20, 2024. The ends of justice served by the exclusion of time outweigh the best interests of the public and the defendant in a speedy trial because, among other things, the exclusion of time will assure the parties' attendance and allow the defendant to continue to review discovery and the parties to discuss a resolution in this case.

       Respectfully submitted,

       DAMIAN WILLIAMS
       United States Attorney
       Southern District of New York

    By:  <u>/s/ Jared Hoffman     </u>
       Jane Kim /Catherine Ghosh /Jared Hoffman
       Assistant United States Attorneys
       (212) 637-2038 / -2198 / (914) 993-1928

cc:  Defense Counsel (by Email and ECF)