

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 10, 2025

**BY ECF AND EMAIL**
The Honorable Cathy Seibel
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

> To allow the continued review of discovery, the conference is adjourned to 4/2/25 at 2:15 pm. The time between 3/14/25 and 4/2/25 is hereby excluded under the Speedy Trial Act in the interests of justice. I find the ends of justice served by the exclusion outweigh the best interests of the public and the defendant in a speedy trial because it will enable the defendant to review discovery, and will permit the parties to discuss a possible disposition.
>
> SO ORDERED.
> *Cathy Seibel*   3/11/25
> CATHY SEIBEL, U.S.D.J.

Re:   **United States v. Mout'z Soudani**, 24 Cr. 555 (CS)

Dear Judge Seibel:

    The Government respectfully requests, with the consent of defense counsel, that the status conference scheduled for March 14, 2025 at 10:45 a.m. be adjourned to April 2, 2025. The Government understands that the Court and defense counsel are available on that date between 2:00 p.m. and 4:30 p.m.

    Time in this case is already excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), through March 14, 2025. If the Court grants the Government's request for an adjournment, the Government also respectfully requests that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between March 14, 2025, and April 2, 2025. The ends of justice served by the exclusion of time outweigh the best interests of the public and the defendant in a speedy trial because, among other things, the exclusion of time will assure the parties' attendance and allow the defendant to continue to review discovery and the parties to discuss a resolution in this case.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney
Southern District of New York

By:   /s/ Jared Hoffman
      Jane Kim /Catherine Ghosh /Jared Hoffman
      Assistant United States Attorneys
      (212) 637-2038 / -2198 / (-1060

cc:   Michael Burke (by Email and ECF)