

**HODGES WALSH & BURKE, LLP**
ATTORNEYS AT LAW
55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601
___

(914) 385-6000
FAX (914) 385-6060
www.hwb-lawfirm.com

Michael K. Burke, Esq.
Direct Email: mburke@hwb-lawfirm.com

March 21, 2025

<u>Via ECF</u>
Honorable Cathy Seibel
United States Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *United States v. Mout'z Soudani*
       24 CR 555 (CS)

> The Court approves this proposal, provided that the bond is fully secured at all times -- in other words, as Mr. Burke suggests, the money is released at the same time as or after the recording of:
> 1) the deed transferring the real property to Defendant Soudani; and
> 2) the confession of judgment securing the bond.
>
> SO ORDERED.
> *Cathy Seibel*  3/21/25
> CATHY SEIBEL, U.S.D.J.

Dear Judge Seibel:

    I am writing to respectfully request a bail modification in the above referenced matter. The reason for this request is that the parties in the matter of *Martin Soudani v. Mout'z Soudani et. al.* before your Honor under the Docket No. 25 cv 176 as well as *Eman Soudani v. Mout'z Soudani*, 23 cv 9905 (PMH) before Judge Halperin, have reached a settlement in principle.

    In order to finalize and fund the settlement, the cash bail that has been posted in this criminal matter would be released and substituted with real property by a confession of judgment that will be entered against the property located at 2217 State Route 208 to secure the one-million-dollar bond. The real property is being transferred to Mout'z Soudani as part of the settlement.

    I have been in contact with pre-trial services officer Shannon Finneran regarding Mout'z Soudani's supervision and she's reported that Mout'z is doing well on supervision and has not had any issues with him. Officer Finneran further stated she does not object and consents to the requested bail modification. I have also been in contact with the United States Attorney's office and they take no position on the defendant's bail modification request.

    I am requesting that the Court review this letter and if approved, so order this request, which would permit the release the cash bail and substitute it with the quitclaim deed and confession of judgment on the property at the above referenced address.

      It is my understanding from communications with counsel in the *Martin Soudani v. Mout'z Soudani* Docket No. 25 cv 176 before your Honor, is that the bail money would be released simultaneous with the recording of the deed and confession of judgment.

      Thank you for your consideration.

      Respectfully,

*Michael K. Burke*
MICHAEL K. BURKE

Cc:    AUSAs Jared Hoffman and Jane Kim by ECF
        Pre-Trial Serivces Officer Shannon Finneran *by email*
        Thomas Landigran, Esq. *by email*
        Arthrur Middlemiss, Esq. *by email*