UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                       ORDER
                                                                                       24 CR 555 (CS)

       -against-

MOUT'Z SOUDANI,

                                       Defendant.
-------------------------------------------------------------------x

PRESENT: HONORABLE CATHY SEIBEL  UNITED STATES DISTRICT COURT JUDGE

The above-named defendant having previously applied to this Court for an Order exonerating the cash bail in the sum of $1,000,000 and the bail being secured by a transfer of property located at 2217 State Route 208 to the defendant and a confession of judgement which has been filed in Orange County Supreme Court Clerk Index Number EF003788-2025.

ORDERED that the cash bail previously posted in the sum of $1,000,000 be exonerated and that the cash on deposit with the Court's Registry be released to Thomas Landrigan, Esq., attorney for the defendant to be used to settle civil cases *Eman Soudani v. Mout'z Soudani* 23 CV 9905 (PMH) and *Martin Soudani v. Mout'z Soudani et. al.* 25 CV 176. Bank wiring information for Mr. Landrigan firm's accounts have already been provided to the United States District Court Finance Clerk.

DATED: 5/8/25

IT IS HEREBY ORDERED.

                                                                                       _____
                                                                                       CATHY SEIBEL U.S.D.J