

**HODGES WALSH & BURKE, LLP**
ATTORNEYS AT LAW
55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601
___

(914) 385-6000
FAX (914) 385-6060
www.hwb-lawfirm.com

Michael K. Burke, Esq.
Direct Email: mburke@hwb-lawfirm.com

September 2, 2025

<u>Via ECF</u>
Honorable Cathy Seibel
United States Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *United States v. Mout'z Soudani*
      24 CR 555 (CS)

Dear Judge Seibel:

      I am writing to respectfully request a bail modification for Mr. Soudani in the above referenced matter. As the Court is aware, Mr. Soudani is currently on one million-dollar bail which has been secured by property. As a condition of his bail, he is also subject to electronic monitoring. Mr. Soudani has been on electronic monitoring since his arraignment in September 2024.

      I have spoken with Pretrial Services Officer Shannon Finneran regarding the removal of the electronic monitoring. We discussed that Mr. Soudani has been on electronic monitoring for over a year without incident and has been suffering from severe swelling of his veins and leg in the area where the electronic monitoring device is placed.

      As the Court may be aware from prior conferences, Mr. Soudani had a major heart attack in December of 2023 and is taking a host of medications. Due to the swelling in his leg and his lower extremities, it has raised concerns about further affecting his medical conditions outlined above.
      After discussing his complete compliance with his bail conditions and the change in circumstance regarding the medical condition of his leg and affecting his other medical ailments, Pretrial Services Officer Shannon Finneran agreed to the removal of the electronic monitoring as a condition of his bail. I have spoken with Assistant United States Attorneys Jared Hoffman and Justin Horton and they oppose this request to modify my client's bail conditions.

Therefore, I am respectfully requesting a bail modification hearing so that we can address the removal and modification of the electronic monitoring which from the defense and Pretrial Services' position is not necessary.

Thank you for your consideration.

Respectfully,

*Michael K. Burke*
MICHAEL K. BURKE

Cc: AUSAs Jared Hoffman and Justin Horton by ECF
Pre-Trial Services Officer Shannon Finneran *by email*