

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 12, 2025

**BY ECF**
Hon. Cathy Seibel
United States District Judge
300 Quarropas Street
White Plains, New York 10601

Re:   United States v. Mout'z Soudani, S1 24 Cr. 555 (CS)

Dear Judge Seibel:

Following a meet-and-confer, the Government, with the defendant's consent, respectfully submits this letter to request that the Court modify the deadlines for the parties to exchange notice about potential expert testimony in the April 2026 trial:

- The Government's supplemental expert disclosure (currently due on December 19, 2025) to be provided to the defendant by January 13, 2026; and

- The defendant's expert disclosure (currently due on February 6, 2026) to be provided to the Government by February 24, 2026.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:   /s/
Jared Hoffman
Justin Horton
Olga I. Zverovich
Assistant United States Attorneys